IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STACEY LEONARD,

      Plaintiff,

vs.                                                                  No. 1:11-cv-0410-JAP/DJS

ROBERT ORTEGA, in his individual capacity,
as a former City of Las Vegas police officer,

      Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS

Plaintiff, by and through her undersigned attorneys, and Defendant, by and through his undersigned attorneys, pursuant to Federal Rule of Civil Procedure 41, hereby stipulate to the dismissal of all claims against Defendant Robert Ortega, with prejudice. All parties are to bear their own costs.

                                                                      /s/ *Agnes Fuentevilla Padilla*
                                                                      Agnes Fuentevilla Padilla
                                                                       BUTT THORNTON & BAEHR PC
                                                                       *Attorneys for Defendant*
                                                                       P.O. Box 3170
                                                                       Albuquerque, NM 87190
                                                                       (505) 884-0777

APPROVED:

/s/ Joseph P. Kennedy (12/13/11)
_____
Joseph P. Kennedy
Shannon L. Kennedy
Claire McDaniels
Kennedy Law Firm
1000 2nd St. NW
Albuquerque, NM 87102-1406
(505) 244-1400

I HEREBY CERTIFY that on the 13th day of December, 2011, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Filing:

Joseph P. Kennedy
Shannon L. Kennedy

jpk@civilrightslawnewmesico.com
slk@civilrightslawnewmexico.com

/s/ *Agnes Fuentevilla Padilla*